# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D17-4331
1D18-0088

_____

H.A. BUIE, JR., as Personal
Representative of the Estate of
Hugh A. Buie, Sr., and SUZANNE
B. MACDONALD and HUGH A.
BUIE, JR. as Co-Trustees of the
Hugh A. Buie, Sr. Family
Irrevocable Trust, Under Trust
Agreement Dated January 19,
2000,

    Appellants,

    v.

BLUEBIRD LANDING OWNERS
ASSOCIATION, INC., and OLD
REPUBLIC NATIONAL TITLE
INSURANCE COMPANY,

    Appellees.

_____

On appeal from the Circuit Court for Columbia County.
William R. Slaughter, Judge.

February 21, 2019

PER CURIAM.

AFFIRMED.

WETHERELL and MAKAR, JJ., and BRASINGTON, MONICA J., Associate Judge, concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Robert Rivas of Sachs Sax Caplan, P.L., Tallahassee, and Susan M. Seigle of Alvarez, Winthrop, Thompson and Storey, P.A., Gainesville, for Appellants.

John R. Bello, Jr. and Rod B. Neuman of Gibbons Neuman, Tampa, for Appellee Old Republic National Title Insurance Company; Guy W. Norris of Norris & Norris, Lake City, for Appellee Bluebird Landing Owner's Association, Inc.